JANUARY 28, 1963

No. 67400.—APPEAL 5121.—United States *v*. Rudolph Faehndrich et al.

C.D. 2351. (Appeal dismissed December 3, 1962.)

JANUARY 29, 1963

No. 67401.—APPEAL 5086.—Abercrombie & Fitch Company *v*. United States.

C.D. 2257 reversed September 21, 1962. C.A.D. 808.

BEFORE THE FIRST DIVISION, FEBRUARY 4, 1963

No. 67402.—Quong Yuen Shing Co. and Traveler Trading Co. *v*. United States, protests 61/5630 and 61/19509 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of plastic back scratchers the same in all material respects as those the subject of *Ignaz Strauss & Co., Inc., et al.* v. *United States* (45 Cust. Ct. 161, C.D. 2218), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 4, 1963

No. 67403.—S. H. Pomerance Co., Inc. *v*. United States, protests 289199–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon strips similar in use to manufactures of silk and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.